IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| MAJED TOMEH | * | |
| Plaintiff | * | |
| v. | * | Civil Case No. 8.21-cv-02914-AAQ |
| VERIPHYR, INC. | * | |
| Defendant | * | |

### ORDER

Before the Court is Plaintiff and Defendant's Joint Motion for Judicial Approval of Settlement and Dismissal. The Court has reviewed the Joint Motion. No hearing is deemed necessary. Local Rule 105.6 (D. Md.). For the reasons set forth in the accompanying Memorandum Opinion, the Joint Motion is hereby **GRANTED**, and it is further

**ORDERED**, that the Complaint be dismissed with prejudice.

Dated: May 5, 2022

_____/s/_____
Ajmel A. Quereshi
United States Magistrate Judge